UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Raymond A. MacDonald,

    Plaintiff,                                         Case No. 10-11646

v.                                                        Hon. Nancy G. Edmunds

Robert L. Agacinski, et. al.,

    Defendants.
_____/

## ORDER ACCEPTING MAGISTRATE JUDGE'S
## REPORT AND RECOMMENDATION

This matter has come before the Court on the Magistrate Judge's Report and Recommendation. Being fully advised in the premises and having reviewed the record and the pleadings, including the Report and Recommendation and any objections thereto, the Court hereby ACCEPTS AND ADOPTS the Magistrate Judge's Report and Recommendation. It is further ordered that Defendants' Motion to Dismiss or Alternatively for Summary Judgment [#3] is GRANTED, Defendants' Motion to Dismiss [#4] is GRANTED, Defendants' Motion to Dismiss [#8] is GRANTED, and the case is hereby DISMISSED WITHOUT PREJUDICE.

    SO ORDERED.

                                                  s/Nancy G. Edmunds
                                                  Nancy G. Edmunds
                                                  United States District Judge

Dated: October 20, 2010

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on October 20, 2010, by electronic and/or ordinary mail.

                                                    s/Carol A. Hemeyer
                                                  Case Manager